UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAINFUL HEALTH, INC.,<br><br>Defendant | Case No. 25-cv-02696-AS<br><br>**DECLARATION OF JACOB M. HARPER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, Jacob M. Harper, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant Gainful Health, Inc.'s (Gainful) in this matter. I make this declaration in support of Gainful's Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit A** is a true and correct copy of a list of cases alleging ADA violations filed by Rami Salim on behalf of Jacqueline Fernandez. My law firm compiled this list based on a review of publicly available docket information and a manual review of the operative complaint in each case listed. All information in the Exhibit is publicly available. Based on a similar review of publicly available docket information, my firm is aware of at least 55 such ADA claims since 2024, 4 of which were filed on the same date as this action, on April 1, 2025, with 5 additional ADA claims since then.

3. On May 21, 2025, based on the Courts guidance in its April 3, 2025 Notice of Pretrial Conference (ECF No. 5), my office sent a letter via email to Ms. Fernandez's counsel, Rami Salim, requesting voluntary dismissal of the Complaint. Among other defects, the letter advised that under *Winegard v. Newsday LLC*, 556 F. Supp. 3d 173 (E.D.N.Y. Aug. 16, 2021), websites such as Gainful's that are unconnected to a physical location are not "public accommodations" under the ADA, and thus cannot support a claim under the ADA or NYCHRL.

The letter also raised concerns under Federal Rule of Civil Procedure 11, noting that Ms. Fernandez and Mr. Salim have a history of filing similar copy-and-paste claims, which have been found abusive of judicial process. A true and correct copy of that letter is attached as **Exhibit B**.

4. Less than three minutes after the letter was transmitted, Mr. Salim responded that he would "not be voluntarily dismissing the action." A true and correct copy of Mr. Salim's email response showing time the letter was sent, at 5:29 p.m. Eastern Standard Time and the time my office received his response, at 2:32 p.m. Pacific Standard Time is attached as **Exhibit C**.

5. Pursuant to this Court's Individual Practices, attached as **Exhibit D** is a non-argumentative chart identifying the elements of Ms. Fernandez's claims that she fails to plausibly allege.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 2nd day of June 2025, at Los Angeles, California.

                                               /s/ *Jacob M. Harper*
                                                  Jacob M. Harper