UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacqueline Fernandez,

                   Plaintiff,

       -against-

Gainful Health, Inc.,

                  Defendant.

25-CV-2696 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is directed to enter judgment in favor of defendants.

    SO ORDERED.

Dated: December 15, 2025
       New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge