**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
JACQUELINE FERNANDEZ, on behalf of herself
and all others similarly situated,

                        Plaintiff,

  -against-                                     25 **CIVIL** 2696 (AS)

                                                                  **JUDGMENT**

GAINFUL HEALTH, INC.,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2025 and Order dated December 15, 2025, Gainful's motion to dismiss Fernandez's complaint is GRANTED. Fernandez's federal claims are DISMISSED WITH PREJUDICE. The Court declines to exercise supplemental jurisdiction over her state-law claims; those claims are DISMISSED WITHOUT PREJUDICE to their refiling in state court. Judgment is entered for the Defendant.

**Dated:**  New York, New York

       December 15, 2025

                                                       **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                                **BY:**

                                                           **Deputy Clerk**